AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Express Parcel Label Number EE267945144US, postmarked December 10, 2018, 7 pounds 3 ounces, addressed to Donny Watts 321 Leland Ave Dayton Ohio 45417 [sic] with a return address of Ronisha Patterson 43721 8th St E Unit #4 Lancaster CA 93535 [sic]. | ) ) ) ) ) ) ) Case No. 3:18 mj 793<br><br>MICHAEL J. NEWMAN |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express Parcel Label Number EE267945144US

located in the  Southern  District of  Ohio  , there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance<br>Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector Rossiter

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Joseph L. Rossiter, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/11/18

*Judge's signature*

City and state: Dayton, Ohio

Honorable Michael J. Newman
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON, OHIO

STATE OF OHIO )
) SS
COUNTY OF MONTGOMERY )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, JOSEPH ROSSITER, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since May 2016. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southeast Indiana, and southern Ohio. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Based on my training and experience, I have become aware that drug traffickers frequently use Priority Mail Express, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Based on my training and experience, I also know that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the U.S. Mail was used, I have learned of certain characteristics indicative of other U.S Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, the addressee is not known to receive mail at the listed delivery address, the parcel is heavily taped, the parcel is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the parcel, and the listed address is located in an area of known or suspected drug activity.

On December 11, 2018 I intercepted two packages at the Dayton Processing and Distribution Center in Dayton, OH. The parcels are further identified as Priority Mail Express Parcel Label Number EE267945158US addressed to Donny Watts 321 Leland Ave Dayton Ohio 45417 [sic] with a return address of Ronisha Patterson 43721 8th St E Unit #4 Lancaster CA 93535 [sic] (here after referred to as "Parcel 1"); and Priority Mail Express Parcel Label Number EE267945144US addressed to Donny Watts 321 Leland Ave Dayton Ohio 45417 [sic] with a return address of Ronisha Patterson 43721 8th St E Unit #4 Lancaster CA 93535 [sic] (here after referred to as "Parcel 2"). Both parcels carry return addresses of Lancaster, CA 93535 however both packages were mailed from San Bernardino, CA 92407. Southern California is also a known drug source location.

I did a check in CLEAR of the addressee's information on Parcel 1 and Parcel 2 of Donny Watts 321 Leland Ave Dayton Ohio 45417. CLEAR is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to CLEAR there is no "Donny Watts" associated with 321 Leland Ave, Dayton, OH 45417.

I did a check in CLEAR of the sender's information on Parcel 1 and Parcel 2 of Ronisha Patterson 43721 8th St E Unit #4 Lancaster CA 93535. According to CLEAR there is no "Ronisha Patterson" associated with 43721 8th St E Unit #4, Lancaster, CA 93535. Also according to CLEAR McElroy has a criminal history for armed robbery.

On December 11, 2018 Montgomery County Sheriff's Office Detective Anthony Hutson conducted a narcotic canine check of the Parcels. The Parcels were placed in a controlled area and presented to narcotic canine, "Gunner." "Gunner" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon both parcels. As noted above, attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examinations.

2

Parcel 1 is further identified as follows: a small yellow padded envelope, bearing tracking number EE267945158US, weighing 5 pounds 10 ounces, postmarked December 10, 2018; see address information below:

    Sender:    Ronisha Patterson
                  43721 8th St E Unit #4
                  Lancaster CA 93535

    Addressee:    Donny Watts
                      321 Leland Ave
                      Dayton Ohio 45417

Parcel 2 is further identified as follows: a small yellow padded envelope, bearing tracking number EE267945144US, weighing 7 pounds 3 ounces, postmarked December 10, 2018; see address information below:

    Sender:    Ronisha Patterson
                  43721 8th St E Unit #4
                  Lancaster CA 93535

    Addressee:    Donny Watts
                      321 Leland Ave
                      Dayton Ohio 45417

This information along with the positive alert of narcotic canine "Gunner" is indicative of drug packages or its proceeds.

Based on the information contained herein, I believe that contained in the Parcels are a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the Parcel 1 and Parcel 2 is requested.

Further, your affiant sayeth naught.

_____
Joseph Rossiter
Postal Inspector

Subscribed and sworn to and before me this 11TH day of December, 2018.

_____
Honorable Michael J. Newman
United States Magistrate Judge

4



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, ANTHONY HUTSON, am and have been employed by the MONTGOMERY CO. S.O. since 1998. Among other duties, I am currently the assigned handler of narcotics detection canine Gunner which is trained and certified in the detection of the presence or odor of narcotics described as follows:

marijuana, cocaine, methamphetamine and heroin

On 12/11/18, at the request of Postal Inspector Rossiter I responded to Dayton P&DC where Gunner did alert to and indicate upon:

(describe item)

EF267945144US
Ronisha Patterson                    Donny Watts
43721 8th St E Unit #4               321 Leland Ave
Lancaster CA 93535                   Dayton Ohio 45417

Which, based upon my training and experience and that of Gunner indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 10/
(Signature and Date)

_____ 12/11/18
(Signature and Date)

Cincinnati Field Office
15 Central Avenue, Suite 400
Cincinnati, OH 45202-5740
Telephone: 877-876-2455
FAX: 513-684-8000